UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

No. 2:19-cr-00024-FL

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL CHRISTOPHER HARRIS | ORDER TO DETERMINE<br>COMPETENCY OF DEFENDANT |

The motion to determine competency pursuant to Title 18, U.S.C. § 4241, is hereby allowed. The defendant shall be submitted to the Bureau of Prisons for this examination.

Because the ends of justice served by this motion outweigh the best interests of the public and the Defendant in a speedy trial, such period of delay resulting from this evaluation shall be excluded pursuant to Title 18, U.S.C. § 3161(h)(7)(A).

SO ORDERED.

This 28th day of February, 2020.

_____
LOUISE W. FLANAGAN
United States District Court Judge