IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:19-CR-24-FL-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| MICHAEL CHRISTOPHER HARRIS, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on defendant's correspondence requesting transfer to a new Federal Bureau of Prisons ("FBOP") facility (DE 91).[1] The FBOP determines defendant's place of imprisonment and the court lacks authority to direct the agency to transfer defendant to a new facility. See 18 U.S.C. § 3621(b). As explained at sentencing, the court recommended that defendant be housed at FCC-Butner, but that recommendation is not binding on the FBOP. See id. Accordingly, defendant's correspondence (DE 91), construed as a motion for transfer to FCC-Butner, is DISMISSED without prejudice for want of jurisdiction.

SO ORDERED, this the 26th day of July, 2023.

LOUISE W. FLANAGAN
United States District Judge

---

[1] Also pending, but not ripe for ruling, is defendant's sealed motion for compassionate release (DE 92). The court will address this motion by separate order.